No. 228. MAZER ET AL., DOING BUSINESS AS JUNE LAMP MANUFACTURING CO., *v.* STEIN ET AL., DOING BUSINESS AS REGLOR OF CALIFORNIA. Certiorari, *ante,* p. 811, to the United States Court of Appeals for the Fourth Circuit. The application of the Solicitor General for leave to appear and present oral argument on behalf of the Register of Copyrights, as *amicus curiae,* is granted.

No. 338. HIGHTOWER *v.* ILLINOIS. The application of petitioner to withhold the order denying certiorari, *ante,* p. 875, pending filing of petition for rehearing is denied.

No. 407. GALVAN *v.* PRESS, OFFICER IN CHARGE, IMMIGRATION AND NATURALIZATION SERVICE. Certiorari, *ante,* p. 812, to the United States Court of Appeals for the Ninth Circuit. The application for bail is granted and it is ordered that petitioner be admitted to bail upon the posting of a good and sufficient surety bond in the amount of two thousand ($2,000) dollars. The bond is to be approved by the United States District Court for the Southern District of California or a judge thereof and when approved to be filed with the clerk of that court. The application for leave to proceed on the typewritten record is granted.